114 F.3d 1174
 John M. Vrettos
v.
Dr. Jeffrey C. Bogden, D.M.D., New Jersey Dental
Association, New Jersey Board of Dentistry, Ralph S. Reilly,
D.M.D.; John M. Vrettos v. Borough of North Plainfield,
Windsor Terrace Condominium Association, Maryann L.
Nergaard, Susan J. Radom, Esq.; John M. Vrettos v. Windsor
Terrace Condominium Assoc., Harry Ahery, Manager (Pontiac
Realty), Tony Barsamyan, Manager (Solomon & Rosen Realty),
First Call, Inc., Daniel Fusco, Edward G.
 NO. 96-5700
 United States Court of Appeals,
Third Circuit.
 Apr 30, 1997
 Appeal From: D.N.J. ,No.96-cv-01095
 
 1
 Affirmed.